[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 07-15957
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 28, 2009
THOMAS K. KAHN
CLERK

D.C. Docket No. 07-00135-CR-KD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL ORANGE,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Alabama

_____

(April 28, 2009)

Before MARCUS, PRYOR and ANDERSON, Circuit Judges

PER CURIAM:

Robert F. Clark, retained counsel for Michael Orange in this direct criminal

appeal, has moved to withdraw from further representation of the appellant because,

in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to

<u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Orange's convictions and sentences are **AFFIRMED**.